Donna K. Carpenter

200 South College

Potomac, IL. 61865

Ref: Nicholas P. Applegate – Birthday 7/18/1979

Your Honor,

I am the Mother of said Nicholas Applegate. I have just recently suffered a heart attack and pneumonia in both lungs at the same time. The doctors diagnosed the cause as stress related due to the condition that my Son is experiencing. Nicholas has experienced problems most of his adult life due to bad decisions and choices. I myself do not know why but have always tried to guide him in the correct direction. I believe that Nicholas, because of his own addiction, was not out to harm others. His Stepfather also has multiple health issues of having diabetes, congestive heart failure, and very bad depression. Nicholas has a daughter, Angle Applegate aged 13 that he has custody of due to the fact of physical abuse by Amanda Hubbard, her Mother, address unknown. We truly need Nicholas as close to all of us as possible.

Sir, Nicholas is my ownly child and I feel that I was blessed by GOD that he gave him to me as I was an adopted child at the age of 2 and never had the privilege of knowing my biological family. I also need to relate to you that his biological father Stephen Applegate has passed.

Please Sir, be as understanding with your decision concerning Nicholas as you possibly can. He has been my rock all of his life.

Sincerely,

*Donna K. Carpenter*

Donna K. Carpenter

Dear your Honor,

I'm writing this letter on My sons behalf, His Mother has been in the Hospital after having a Heart Attack and is very stressed out about this whole event. Nicholas is not a bad person. He has just gotten mixed up with the wrong crowd. We both need his presence at home as I am currently on disability and my wifes health is not good also.

His girlfriend has taken him for about everything he's had and I believe she is trying to get more.

His thirteen year old daughter is at a very impressionable age in her life and she needs her father for guidance and moral support.

I am not asking for total forgiveness but any lienancy on his behalf would much be appreciated.

I've seen the remorse in my sons face for what he's done and I know if given the opprotunity he'll do better in the future

Thank you

James R Carpenter