AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

USA
vs.
Nicholas Applegate

**EXHIBIT AND WITNESS LIST**

Case Number: 16-20011

FILED
OCT 14 2016
CLERK OF THE COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY Gov | DEFENDANT'S ATTORNEY |
|---|---|---|
| Colin Stirling Bruce | Bryan Freres | Baku Patel |
| ~~TRIAL~~ DATE (S) Gov. 10-14-16 | COURT REPORTER LC | COURTROOM DEPUTY TC |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/14/16 | X | X | Documents from Champaign CO, IL forfeiture case # 16-MR-38. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages